UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUSSELL WALKER,

                      Petitioner,

-against-

RAYMOND CUNNINGHAM, Superintendent,
Woodbourne Correctional Facility,

                      Respondent.
---------------------------------------------------------------X

JUDGMENT
08-CV-2735 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 30 2008 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 28, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
        October 29, 2008

                                          ROBERT C. HEINEMANN
                                          Clerk of Court

                                          By  s/Terry Vaughn
                                                  Chief Deputy